# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DANIEL JOSEPH MCCORMACK,      )      Case No. CV 12-3472 DDP (JCG)
                             )
               Petitioner,    )
                             )      **JUDGMENT**
          v.                  )
                             )
GOLD ENTERTAINMENT            )
AGENCY,                       )
                             )
               Respondent.    )
                             )

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED:  August 10, 2012         _____
                                HON. DEAN D. PREGERSON
                                UNITED STATES DISTRICT JUDGE