**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL JOSEPH MCCORMACK, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GOLD ENTERTAINMENT ) <br> AGENCY, ) <br> ) <br> Respondent. ) <br> ) | Case No. CV 12-3472 DDP (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: August 10, 2012

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE